**Sonja SPAIN, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 05–3014, 05–3306.**

United States Court of Appeals, Federal Circuit.

April 13, 2006.

Rehearing and Rehearing En Banc Denied May 22, 2006.

Before NEWMAN, DYK, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36